Division, Second Department. June 18, 1909.) Action by Herman A. Wagner and others against Morris Wortis and others. No opinion. Judgment affirmed, with costs.

WAINSTEIN et al., Respondents, v. S. FOX CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Abraham Wainstein and another against the S. Fox Construction Company. No opinion. Motion to dismiss appeal denied, without costs.

WALL, Respondent, v. STANFIELD et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by James B. Wall against Thomas C. Stanfield and another.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., not sitting.

WALLACE et al., Appellants, v. DIEHL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Margaretta Wetherill Wallace and William E. Diehl, as executors, etc., against Charles W. Diehl and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

WALSH, Respondent, v. CONEY ISLAND & B. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William L. Walsh, an infant, by Mary Walsh, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

WARREN, Respondent, v. CLERGUE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Charles D. Warren against Francis H. Clergue. C. E. Littlefield, for appellant. A. Benedict, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN v. CRAMP & CO. et al. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by William S. Warren against Cramp & Co. and others. No opinion. Motion to dismiss appeal granted, with costs.

WASON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edith I. Wason against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

WATKINS, Appellant, v. DELAHUNTY, Respondent. (Supreme Court, Appellate Divi-

sion, Second Department. October 12, 1909.) Action by Thomas C. Watkins against John Delahunty. No opinion. Motion to resettle order granted. See, also, 117 N. Y. Supp. 885.

WEAVER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Barton Weaver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

WEBSTER, Appellant, v. COLUMBIAN NAT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Anna C. M. Webster against the Columbian National Life Insurance Company. J. J. Crawford, for appellant. J. H. Choate, Jr., for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents. See, also, 116 N. Y. Supp. 404.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Charles M. Wells against William J. Howard and another. No opinion. Motion to resettle order granted, without costs.

WESTCOTT CHUCK CO., Appellant, v. ONEIDA NAT. CHUCK CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Westcott Chuck Company against the Oneida National Chuck Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 122 App. Div. 260, 106 N. Y. Supp. 1016.

CHESTER, J., dissents.

WESTERN NEW YORK & P. TRACTION CO., Respondent, v. ERIE R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by the Western New York & Pennsylvania Traction Company against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re WEST 163d ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division. First Department. June 25, 1909.) In the matter of the City of New York, for West 163d Street. With this case has been consolidated in this court cases bearing titles as follows: In re West 162d St. in the City of New York; In re West 161st St. in the City of New York; and In re West 160th St. in the City of New York. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed.

WHELPLEY, Respondent, v. HOLCOMB, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department.    October 8, 1909.)
Action by Harriet E. Whelpley against Charles
M. Holcomb.    No opinion.    Judgment affirmed,
with costs.

WHIPPLE, Respondent, v. FARRELLY,
Appellant.    DERRICK, Respondent, v. KEL-
LY, Appellant.    (Supreme Court, Appellate Di-
vision, First Department.    October 15, 1909.)
Actions by Charles A. Whipple against T.
Charles Farrelly and by William H. Derrick
against Anthony Kelly.    No opinions.    Motions
to dismiss appeals granted, with $10 costs, un-
less the appellants have their appeals ready
for argument at the December term.    Orders
filed.

WHIPPLE, Respondent, v. LYONS BEET
SUGAR REFINING CO., Appellant.    (Su-
preme Court, Appellate Division, Fourth De-
partment.    October 20, 1909.)    Action by Wat-
son H. Whipple against the Lyons Beet Sugar
Refining Company.    No opinion.    Judgment
(118 N. Y. Supp. 338) affirmed, with costs.

WHIPPLE, Appellant, v. SPRUCK et al.,
Respondents.    (Supreme Court, Appellate Di-
vision, Second Department.    June 18, 1909.)
Action by Harry W. Whipple against Henry
Spruck and another.
PER CURIAM.    Judgment affirmed, with
costs.
HIRSCHBERG, P. J., dissents.

WHITAKER et al. v. RICE et al.    (Su-
preme Court, Appellate Division, Second De-
partment.    October 23, 1909.)    Action by Ma-
belle A. Whitaker and another against Harriet
B. Rice and others, in which Donald MacLeod
appealed.    No opinion.    Order affirmed, with
$10 costs and disbursements.

WHITAKER. et al. v. RICE et al.    (Su-
preme Court, Appellate Division, Second De-
partment.    October 23, 1909.)    Action by Ma-
belle A. Whitaker and another against Har-
riet B. Rice and others, in which Norman Mac-
Leod appealed.    No opinion.    Order affirmed,
with $10 costs and disbursements.

WHITE, Respondent, v. MILLER. Appel-
lant.    (Supreme Court, Appellate Division,
Fourth Department.    July 6, 1909.)    Action by
Ernest I. White against Clifford L. Miller.
No opinion.    Judgment affirmed, with costs.

WILCOX, Respondent, v. MUTUAL MILK
& CREAM· CO., Appellant.    (Supreme Court,
Appellate Division, Fourth Department.    July
6, 1909.)    Action by Cyrus C. Wilcox against
the Mutual Milk & Cream Company.
PER CURIAM.    Judgment and order affirm-
ed, with costs.
McLENNAN, P, J., and SPRING, J., dis-
sent.

WILEY, Respondent, v. VILLAGE OF
SUFFERN, Appellant.    (Supreme Court, Ap-
pellate Division, Second Department.    October
12, 1909.)    Action by Clara J. Wiley against
the Village of Suffern.    No opinion.    Judgment
and order unanimously affirmed, with costs.

WILLIAM HAAKE CO., Appellant, v. NE-
VELOFF, Respondent, et al.    (Supreme Court,
Appellate Division, First Department.    June
11, 1909.)    Action by the William Haake Com-
pany against Martin Neveloff and another.    G.
Ryall, for appellant.    C. Kendall, for respond-
ent.    No opinion.    Order affirmed, with $10
costs and disbursements.    Order filed.

WILLIAMS v. BOWERY SAVINGS BANK
et al.    (Supreme Court, Appellate Division, Sec-
ond Department.    October 12, 1909.)    Action
by Emily A. Williams, as administratrix, etc.,
of Ann Schmidt, deceased, against the Bowery
Savings Bank and another.    No opinion.    Judg-
ment affirmed, with costs.

WILLIAMS, Respondent, v. JACOB ZOL-
LER CO., Appellant.    (Supreme Court, Appel-
late Division, Fourth Department.    October 6,
1909.)    Action by Thomas ·Williams against
the Jacob Zoller Company.    No opinion.    Judg-
ment and order affirmed, with costs.

WILSON, Respondent, v. UNION RY. CO.
OF NEW YORK CITY, Appellant, et al.    (Su-
preme Court, Appellate Division, Second De-
partment.    October 8, 1909.)    Action by Bar-
bara B. Wilson against the Union Railway Com-
pany of New York City and others.    No opin-
ion.    Judgment and order unanimously affirmed,
with costs.

WILSON, Respondent, v. UNION RY. CO.
OF NEW YORK CITY, Appellant, et al.    (Su-
preme Court, Appellate Division, Second De-
partment.    October 8, 1909.)    Action by Wil-
liam M. Wilson against the Union Railway
Company of New York City and others.    No
opinion.    Judgment and order unanimously af-
firmed, with costs.

WINANS, Appellant, v. ROCHESTER RY.
CO., Respondent.    (Supreme Court, Appellate
Division, Fourth Department.    June 4, 1909.)
Action by Harriet E. Winans against the Roch-
ester Railway Company.
PER CURIAM.    Judgment affirmed, with
costs.
ROBSON, J., not sitting.

WOLFF, Respondent, · v. BREAKSTONE,
Appellant, et al.    (Supreme Court, Appellate
Division, First Department.    October 22, 1909.)
Action by Abraham Wolff against Isaac Break-
stone, impleaded.    J. V. Bouvier, Jr., for ap-
pellant.    C. Goldzier, for respondent.    No opin-
ion.    Judgment and order affirmed, with costs.
Order filed.